# United States Court of Appeals
## For the First Circuit

---

Nos. 06-1932, 06-1933, 06-1934, 06-1935

JOSEPH H. REINHARDT, J.D.,
Cross-Appellant.

---

EIU GROUP, INC.,
Plaintiff-Appellee/Cross-Appellant,

JAMES W. BRODERICK; JOHN R. STAMATOV;
ENVIRONMENTAL INSURANCE UNDERWRITERS AGENCY, INC.;
ENVIRONMENTAL CAPITAL INSURANCE BROKERAGE, INC.,
Plaintiffs,

v.

GULF INSURANCE COMPANY; CITIBANK DELAWARE, INC.;
KENT ZIEGLER,
Defendants-Appellants/Cross-Appellees,

GULF UNDERWRITERS INSURANCE COMPANY; GULF GROUP LLOYDS;
SELECT INSURANCE COMPANY; ATLANTIC INSURANCE COMPANY,
Defendants.

---

**ERRATA SHEET**

The opinion of this Court issued on June 11, 2007 is amended as follows:

On page 6, line 18: Replace "policies" with "properties."